■ In the Matter of PACE COLLEGE against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and McNally, JJ. [See *ante*, p. 855.]

■ COLISEUM ESTATES INC. v. GULF OIL CORPORATION et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs, and the stay contained in the order to show cause dated October 14, 1957 is vacated. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See *ante*, p. 859.]

■ ELIZABETH MINTZ v. NELSON E. MINTZ.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ. [See *ante*, p. 858.]

■ IRVING MILLER v. KINGS MERCANTILE CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and the stay contained in the order to show cause dated October 17, 1957 is vacated. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ. [See *ante*, p. 858.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. RANDOLPH HARPER.— Motion for reargument denied. Concur — Peck, P. J., Botein, Rabin and Bergan, JJ. [See 3 A D 2d 900.]

■ ALFRED OPPENHEIMER v. BOGER, DUPLOMAT APPARATE, K. G.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ BROCHA STAWSKI v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Motion to dismiss appeal granted on consent, without costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

## (November 7, 1957)

■ ROLF R. GOETZ v. MAX SPITZBERG et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ LUCY D. WELSH, as Administratrix of the Estate of GEORGE T. WELSH, Deceased, v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK.— Motion to dismiss appeal granted on consent, without costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ JAD LUGGAGE, INC. v. JOYCE PROPERTIES, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of ALWALT REALTY CORP. against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of ROGER HOLDEN against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of the Accounting of the MARINE MIDLAND TRUST COMPANY OF NEW YORK et al., as Temporary Administrators and Executors of GUIDO PERERA, Deceased, Respondent. JOSEPH R. MANFRA et al., Appellants.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.